## United States District Court for the Northern District of Illinois

Case Number: 08CV4888     Assigned/Issued By: DAJ

Judge Name: LEINENWEBER     Designated Magistrate Judge: BROWN

### FEE INFORMATION

Amount Due:   [✓] $350.00     [ ] $39.00     [ ] $5.00
              [ ] IFP         [ ] No Fee     [ ] Other ____
              [ ] $455.00

Number of Service Copies ____     Date: ____

(For Use by Fiscal Department Only)

Amount Paid: 350.00     Receipt #: 3053921

Date Payment Rec'd: 08/26/08     Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
                                         (Victim, Against and $ Amount)
[ ] Citation to Discover Assets

[ ] Writ _____
     (Type of Writ)

  2   Original and   0   copies on  08/26/08   as to  DEF'S.
                                      (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05